```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
AJETI ET AL.,                                              :
                                                           :
                                   Plaintiffs,             :
                                                           :         22-CV-9961 (VSB)
                 -against-                                 :
                                                           :              ORDER
WILLIAM GOTTLIEB MANAGEMENT CO.                            :
LLC. ET AL.,                                               :
                                                           :
                                   Defendants.             :
                                                           X
-----------------------------------------------------------
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiffs filed this action on November 22, 2022, (Doc. 1), and filed an affidavit of service for Defendant William Gottlieb Management Co. ("Defendant LLC") on December 9, 2022, (Doc. 5). The deadline for Defendant LLC to respond to Plaintiffs' complaint was December 27, 2022. (*See* Docs. 4–5.) To date, Defendant LLC has not appeared or responded to the complaint. Plaintiffs, however, have taken no action to prosecute this case. Accordingly, if Plaintiffs intend to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 9, 2023. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case against Defendant LLC for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 29, 2022
              New York, New York

                                                          _____
                                                          VERNON S. BRODERICK
                                                          United States District Judge