USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AHMET AJETI, et al.,

                          **Plaintiffs,**                    22-CV-09961 (SN)

    -against-                                               **ORDER**

WILLIAM GOTTLIEB
MANAGEMENT CO., LLC, et al.,

                          **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On Monday, April 24, 2023, the parties consented to my jurisdiction for the purpose of reviewing the fairness of their Fair Labor Standards Act settlement. The parties are instructed to submit the settlement agreement and a short cover letter stating why the Court should approve the settlement no later than Monday, May 01, 2023. The letter and settlement agreement shall be filed publicly on ECF unless a party can establish a basis for sealing these documents under the standard set forth in <u>Lugosch v. Pyramid Co. of Onondaga</u>, 435 F.3d 110 (2d Cir. 2006).

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:    New York, New York
                April 25, 2023