```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AHMET AJETI,

                               **Plaintiff,**

          -against-

**WILLIAM GOTTLIEB**
**MANAGEMENT CO., LLC, et al.,**

                               **Defendants.**

-----------------------------------------------------------------X

22-CV-09961 (SN)

<u>ORDER OF DISMISSAL</u>

**SARAH NETBURN, United States Magistrate Judge:**

       In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and on December 6, 2019, submitted a proposed settlement for the Court's review pursuant to <u>Cheeks v. Freeport Pancake House,</u> 796 F.3d 199 (2d Cir. 2015). ECF No. 25. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

       The Clerk of Court is respectfully asked to terminate the motion at ECF No. 25.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    May 2, 2023
               New York, New York